Henry Reynolds
P.O. Box 7443
Santa Monica, CA  90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: henry_reynolds@yahoo.com
CA Bar No. 158709
Rochelle Ross
Attorney for Plaintiff

# United States District Court
## Central District of California
### Western Division

ROCHELLE ROSS
    Plaintiff,
  vs.

MICHAEL J. ASTRUE
Commissioner of Social Security

   Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:07cv06193-CW

ORDER RE STIPULATION TO
AWARD EAJA FEES AND COSTS

   Defendant in the above-entitled case is hereby ordered to pay Henry Reynolds, counsel for and assignee of Plaintiff, attorney fees in the amount of $6,500.00 and no costs.

   DATED: December 11, 2008

         _____/S/_____
         CARLA WOEHRLE
         UNITED STATE MAGISTRATE JUDGE

1